UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN P. GALVAN,<br><br>　　　　　　　　　Petitioner,<br><br>　vs.<br><br>M.D. BITER, Warden,<br><br>　　　　　　　　　Respondent. | Civil No.　15cv1922-GPC (JLB)<br><br>**ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION** |

　　　Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, along with an application to proceed in forma pauperis. Petitioner challenges a conviction from the Riverside County Superior Court. In accordance with the practice of district courts in California, the Court transfers the Petition to the United States District Court for the Central District of California, Eastern Division. The Court does not rule on Petitioner's in forma pauperis request.

　　　A petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 may be filed in the United States District Court of the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. See 28 U.S.C. § 2241(d); Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 497 (1973). Petitioner here attacks a conviction suffered in the Riverside County Superior Court. (Pet. at 1.) That court is located within the jurisdictional boundaries of the United States District Court for the Central District

of California, Eastern Division.  See 28 U.S.C. § 84(c)(1).  Petitioner is presently confined at Kern Valley State Prison in Delano, California, which is within the jurisdictional boundaries of the United States District Court for the Eastern District of California.  See 28 U.S.C. § 84(b). Thus, jurisdiction over the Petition lies Central and Eastern Districts of California.

Pursuant to 28 U.S.C. § 1631, this Court may transfer this proceeding to a district with proper jurisdiction under 28 U.S.C. § 2241(d).  It is generally the practice of the district courts in California to transfer habeas actions challenging a state conviction to the district in which a petitioner was convicted.  Any and all records, witnesses and evidence necessary for the resolution of a petitioner's contentions are more readily available in that district.  See Braden, 410 U.S. at 497, 499 n.15; Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  In this case, that district is the Central District of California, Eastern Division.  Therefore, in the furtherance of justice,

**IT IS ORDERED** that the Clerk of this Court transfer this matter to the United States District Court for the Central District of California, Eastern Division.  See 28 U.S.C. § 2241(d).

**IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy of this Order upon Petitioner and upon the California Attorney General.

DATED:  September 1, 2015

HON. GONZALO P. CURIEL
United States District Judge