UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| EVAN P. GALVAN, | ) | No. ED CV 15-1819-GW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| M.D. BITER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: October 11, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE