1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## CENTRAL DISTRICT OF CALIFORNIA

9

### EASTERN DIVISION

10

11   EVAN P. GALVAN,                        )   No. ED CV 15-1819-GW (PLA)
                                            )   *Amended.*
12                    Petitioner,           )   **ORDER ACCEPTING MAGISTRATE**
                                            )   **JUDGE'S REPORT AND**
13          v.                              )   **RECOMMENDATION**
                                            )
14   M.D. BITER, Warden,                    )
                                            )
15                    Respondent.           )
                                            )
16   _____

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file

18   herein, the Magistrate Judge's Report and Recommendation, and petitioner's Objections to the

19   Report and Recommendation.  The Court has engaged in a de novo review of those portions of

20   the Report and Recommendation to which objections have been made.  The Court accepts the

21   recommendations of the Magistrate Judge, with the following modifications:

22          1.      At page 8, line 7 of the Report and Recommendation, "1899" should read "1988";

23   and

24          2.      At page 18, line 21 of the Report and Recommendation, after the word "succeeded,"

25   the Court inserts the following footnote:

26          Petitioner ostensibly faults his counsel for purportedly failing to investigate the
            chosen strategy of challenging the use of force used in the robbery.  That claim,
27          however, is premised on petitioner's overarching argument that counsel erred in
            neglecting to investigate and pursue an identity defense. (See Pet., Points & Auth.
28          2 at 2:20-25; id. at 3:32-35; id. at 5:7-11; id. at 6).  Accordingly, that claim fails

because, as explained above, petitioner can show no prejudice from counsel's purported failure to pursue an identity defense.

Accordingly, and as set forth above, IT IS ORDERED:

1.    The Report and Recommendation is accepted as modified.

2.    Judgment shall be entered consistent with this Order.

3.    The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: _October 11, 2016_

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

2